AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Violation: 18 U.S.C. § 111 (a)(1)
[Assault on Federal Officer]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**E-filing**

PENALTY:
Maximum term of imprisonment of eight years, three years supervised release, $250,000 fine, $100 special assessment.

### DEFENDANT - U.S.

▶ Francisco A. Ubaldo

DISTRICT COURT NUMBER

**CR07-00530 CW**

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
**AUG - 9 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes  ☑ No  If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Department of Veterans Affairs

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) DEBORAH R. DOUGLAS, AUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

FILED
2007 AUG -9 AM 11: 54

---

UNITED STATES OF AMERICA,

v.

**E-filing**     FRANCISCO A. UBALDO,

**CR07-00530  CW**

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 111(a)(1) [Assault on Federal Officer]

---

A true bill.

_____
Foreman

Filed in open court this __9th__ day of
August, 2007

_____
Clerk

Bail, $ *No bail arrest warrant*
Wayne D. Brazil    8/9/07

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

FILED
'07 AUG -9 AM 11:54

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR07-00530 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: 18 U.S.C. § 111(a)(1) |
| v. | ) | [Assault on Federal Officer] |
| | ) | |
| FRANCISCO A. UBALDO, | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:  18 U.S.C. § 111(a)(1) [Assault on Federal Officer]

On or about March 28, 2007, in the Northern District of California, the defendant

FRANCISCO A. UBALDO,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Officer Gordon Williamson, a police officer of the U.S. Department of Veterans Affairs (as designated in Title 18, United States Code, Section 1114), while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1), a Felony.

INDICTMENT

COUNT TWO: 18 U.S.C. § 111(a)(1) [Assault on Federal Officer]

On or about March 28, 2007, in the Northern District of California, the defendant

FRANCISCO A. UBALDO,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Officer Eric Presser, a police officer of the U.S. Department of Veterans Affairs (as designated in Title 18, United States Code, Section 1114), while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1), a Felony.

DATED: August 9, 2007                     A TRUE BILL.

*(signature)*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*(signature)*
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _____)
AUSA Deborah R. Douglas

INDICTMENT                                       2