UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** David Disbrow, pro tem
**Date:** 10/24/07

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00530 CW

**Defendant:** Francisco Ubaldo (present)

**Appearances for Plaintiff:**
Deborah Douglas

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting**

**Notes:**    The was the defendant's initial appearance before District Judge.  Government has provided discovery.  Defense does not thing there will be any motions at this time, but if there are he will try to calendar them for the next appearance. **Case continued to 11/14/07 at 2:30 p.m. for motion setting or trial setting or disposition.** Time excluded for effective preparation.

Copies to: Chambers