UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Ivy Garcia for Sheilah Cahill
Court Reporter: Mary Richardson - pro tem
Date: 11/14/07

Plaintiff: United States

v.                                               No.   CR-07-00530 CW

Defendant: Francisco Ubaldo (present)


Appearances for Plaintiff:
Deborah Douglas

Appearances for Defendant:
Jerome Matthews

Interpreter:


Probation Officer:


Speedy Trial Date:


  Hearing:  Status HELD, Disposition or Motion/Trial Setting NOT HELD

Notes:    The defendant's attorney told Court that the parties are very close in resolving this case and the parties are also looking into the possibility of a misdemeanor disposition of this case. If the parties reach a misdemeanor disposition, the parties may put the matter before Magistrate Judge Wayne D. Brazil. The parties jointly asked the Court for a continuance - request GRANTED. Time excluded between now and until 11/28/07 for effective preparation of counsel and continuity of counsel. **Further Status or Disposition or Motion/Trial Setting set on 11/28/07 at 2:30 p.m.**



Copies to: Chambers