AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Violation: 18 U.S.C. § 111 (a)(1)
[Assault on Federal Officer]

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum term of imprisonment of one year, one year supervised release, $100,000 fine, $25 special assessment.

## DEFENDANT - U.S.

▶ Francisco A. Ubaldo

**DISTRICT COURT NUMBER**
CR-07-00530 CW

FILED
NOV 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Veteran Affairs

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM     **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DEBORAH R. DOUGLAS, AUSA

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4                                                                    **FILED**
5                                                                    NOV 26 2007
                                                                     RICHARD W. WIEKING
6                                                                    CLERK, U.S. DISTRICT COURT
                                                                     NORTHERN DISTRICT OF CALIFORNIA
7                                                                    OAKLAND
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA,          )   Criminal No. CR07-00530 CW
                                       )
13          Plaintiff,                 )
                                       )   VIOLATION: 18 U.S.C. § 111(a)(1)
14     v.                              )   [Assault on Federal Officer]
                                       )
15  FRANCISCO A. UBALDO,               )   OAKLAND VENUE
                                       )
16          Defendant.                 )
    _____)
17

18                                   INFORMATION

19  The United States Attorney charges:

20     On or about March 28, 2007, in the Northern District of California, the defendant

21                              FRANCISCO A. UBALDO,

22  did intentionally use force in assaulting, resisting, opposing, impeding, intimidating, and interfering

23  with Officer Gordon Williamson, a police officer of the U.S. Department of Veterans Affairs (as

24  designated in Title 18, United States Code, Section 1114), while he was engaged in and on account

25

26

27

28
    INFORMATION
    CR07-00530 CW



of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1), a Misdemeanor.

DATED: November 26, 2007                SCOTT N. SCHOOLS
                                        United States Attorney

                                         _____
                                        W. DOUGLAS SPRAGUE
                                        Chief, Oakland Branch


(Approved as to form: _____)
                      AUSA Deborah R. Douglas

INFORMATION
CR07-00530 CW                           2