**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

November 27, 2007

The Honorable Claudia Wilken
United States District Judge
1301 Clay Street
3rd Floor
Oakland, CA 94612
Attn: Sheila Cahill

    Re:    <u>United States v. Francisco Ubaldo</u>
             CR-07 00530 CW

Dear Judge Wilken:

    The parties have reached a misdemeanor disposition of this matter, and are scheduling an appearance before Magistrate Judge Brazil on Friday, November 30, 2007, for arraignment on an information and change of plea. The status/motion setting conference presently set for November 28, 2007 should therefore go off calendar.

    Please feel free to call me if the Court desires any further information.

                                   Respectfully submitted,

                                   BARRY J. PORTMAN
                                   Federal Public Defender

                                   /S/
                                   JEROME E. MATTHEWS
                                   Assistant Federal Public Defender

cc:    AUSA Deborah Douglas