FILED
NOV 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-07-00530- CW (to be reassigned to WDB) |
| DEFENDANT'S NAME | FRANCISCO A. UBALDO |
| DEFENSE COUNSEL | AFPD Jerome Matthews |
| REFERRAL DATE | November 30, 2007 |
| DUE DATE | March 12, 2008 at 10:00 a.m. |
| MAGISTRATE JUDGE | WAYNE D. BRAZIL |
| COURTROOM NUMBER | Courtroom No. 4   FLOOR   Third Floor |

≈≈≈≈≈≈≈≈≈≈≈  **NOTICE TO DEFENSE COUNSEL**  ≈≈≈≈≈≈≈≈≈≈≈≈

The Court has directed a _____X_____ Presentence Investigation

_____ Pre Plea Investigation

_____ Postsentence Investigation

_____ 4244 Study

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, **PLEASE GO TO THE PROBATION OFFICE, 2nd Floor, Room 220S, BEFORE LEAVING THE COURTHOUSE** today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

Date: November 30, 2007          By: _____
                                      Ivy L. Garcia, Deputy Clerk

**U.S. Probation Office** ≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈

**Is the defendant in custody?**   yes or no
**Is the defendant English speaking?**   yes or no   [Interpreter:_____]
**Defendant's Address:**   _____
_____
_____

cc: AFPD Jerome Matthews in court;   Probation