**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking               General Court Number
Clerk                            510.637.3530


**December 3, 2007**

CASE NUMBER:  CR 07-00530 CW
CASE TITLE:  USA-v-FRANCISCO A. UBALDO

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Wayne D. Brazil** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/03/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 12/3/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA