# EXHIBIT A

Sentencing Memorandum
U.S. v. Francisco Ubaldo
CR-07-00530-CW[WDB]

# GARY M. HOEBER, MFT

1600 Shattuck Avenue, Suite 200
Berkeley, CA 94709
Phone: 510-548-8721
gary@garyhoeber.com

March 3, 2008

The Honorable Wayne D. Brazil,
United State Magistrate Judge,
United States District Court
Oakland Venue

Dear Judge Brazil:

I am writing this letter in support of Francisco Ubaldo. I have known Mr. Ubaldo as a personal friend since 2001. Since 2003, he has rented an apartment located on the ground floor of my home. Over that time we have had countless conversations about a broad range of subjects, in a variety of settings. He has attended several social functions at my home.

In all of these interactions, I have seen Mr. Ubaldo be friendly, respectful, cooperative, and personable. His behavior is always neighborly and community oriented, and never angry, threatening, confrontational or violent.

As a tenant, he pays his rent on time, takes good care of the property, is respectful of the rights of others and is a valued member of our neighborhood.

Professionally, I am a licensed Marriage and Family Therapist, with over thirty years of experience in the field of counseling psychology. During these thirty years, I have worked with a broad spectrum of people, in a variety of settings. I think that this rich experience enables me to be a very good judge of character.

I can personally vouch for the good character of Mr. Ubaldo.

Sincerely,



Gary M. Hoeber, MFT



**BLACK DIAMOND HOLDINGS INC.**

MARCH 2${}^{ND}$, 2008

To whom it may concern.

   My name is David Doffing, I am the VP of Operations for Black Diamond Holdings. I am writing this letter for my friend Francisco Ubaldo. I have known Frank for over 7 years and in that time he has been one of my only friends that I can really count on, my wife gave birth to our first son on Nov 12${}^{th}$, 2007 and my wife and I asked Frank to be his god father and he did except. Frank has also been invited over to my home many times, and to his credit is the reason my wife can cook so good now, because frank has taken her under his wing and taught her the art of cooking ( frank is a great cook! ). In my business I deal with many types of people and in my time in the finance business Frank has and will be a man of respect, honesty, and very uplifting in hard times at work, it is my opinion that Frank is one of the nicest guys I know, and always there to help a friend in need so in closing again I just want to say Frank is someone that I do trust with not only my friend ship but my sons life.

Sincerely,

David A. Doffing.

Any questions feel free to contact me at 510 860-6590.



The Honorable Wayne D. Brazil
United State Magistrate Judge,
United States District Court
Oakland Venue

Dear Judge Brazil,

I am writing this letter in support of Frank Ubaldo. I have known Frank since 2003. He worked for me in the mortgage industry as a loan officer. We have since become very good friends.

I have been in many different situations with Frank and he has always used diplomacy when dealing with each issue. I always count on him to be optimistic when handling employees and clients. He is very valuable to the team.

We have in the last six months opened up a new Mortgage company. Frank is one of my managers. He also assisted in everyway possible to make the launch successful. He always asked what more he could do to help. He is always at work trying to make the company more successful. Frank is an treasured part of my company.

I can personally say that if he weren't around it would be much tougher to get the job done.

Sincerely,

Erin Gardere
Owner/President
Black Diamond Holdings, Inc.