~~PROPOSED~~ ORDER/COVER SHEET

TO:    **Honorable Wayne D. Brazil**    **FILED**    RE:    **Francisco Ubaldo**
**U.S. Magistrate Judge**

**MAR 1 1 2008**

FROM:    **Claudette M. Silvera, Chief**    **DOCKET NO.:**    **CR07-00530 WDB**
**U.S. Pretrial Services Officer**    RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DATE:    **March 6, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Paul Mamaril**        **510-637-3757**
**U.S. PRETRIAL SERVICES OFFICER**        **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____

**JUDICIAL OFFICER** _Wayne D. Brazil_    **DATE** _3/11/08_

Cover Sheet (12/03/02)    _cc: WDB's Stats, Copy to parties via ECF Pretrial_

**To:**     Honorable Wayne D. Brazil
              U.S. Magistrate Judge

**From:**   Paul Mamaril
              U.S. Pretrial Services Officer

**Subject:**  **Francisco Ubaldo
              CR07-00530 WDB**

              **NOTICE OF VIOLATION OF RELEASE
              CONDITIONS**

**Date:**   March 6, 2008



# MEMORANDUM

---

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☒ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☐ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## VIOLATION

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ☒ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☐ violating the terms of electronic monitoring
- ☐ other:_____

PAGE 2 OF 2
NOTICE OF VIOLATION OF RELEASE CONDITIONS

RE: FRANCISCO UBALDO
    CR07-00530 WDB

## DETAILS OF ALLEGED VIOLATION

On February 15, 2008, this officer received a no-show notification from East Bay Community Recovery Project in Oakland, California, advising that the defendant missed his scheduled drug test on February 14, 2008. On February 27, 2008, this officer contacted the facility to determine if the defendant submitted any drug tests for the month. A representative indicated that the defendant missed a random drug test on February 14th and February 22nd. However, they stated that Mr. Ubaldo submitted a urinalysis on February 16th which resulted to a negative drug screen.

On February 29, 2008, the defendant reported to this officer and submitted a negative urinalysis. When queried about his missed drug tests, Mr. Ubaldo indicated that "he may have forgotten to call the testing line."

It should be noted that the defendant is scheduled to appear for sentencing on March 12, 2008, at 10:00am before Your Honor.

## RECOMMENDATION

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

- ☐   not take any punitive action at this time
- ☐   convene a Bail Violation Hearing to discuss this situation
- ☒   other: That the above violation be addressed before Your Honor at the defendant's Sentencing Hearing which is scheduled for March 12, 2008, at 10:00am.


Respectfully Submitted,


Paul Mamaril
U.S. Pretrial Services Officer


Reviewed by:


Allen Lew, Supervising
U.S. Pretrial Services Officer

cc: Deborah Douglas, Assistant United States Attorney
    Jerome Matthews, Assistant Federal Public Defender
    Sara Black, U.S. Probation Officer