```
                                                    FILED
                                                   MAR 1 4 2008
                                                RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                                      OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00530-01 WDB |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| FRANCISCO A. UBALDO, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Presentence Report

☐ Plea Agreement

☐ _____ (Other)

**IT IS SO ORDERED.**

Dated: 3/14/08

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Probation