03/17/2008 07:12 PM EDT                                                                 Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Case No. DCAN407CR000530** | | | | |
| | | | | | | **US VS UBALDO** | | | | |
| 001 | FRANCISCO A UBALDO | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001913 | 1 | PR | 25.00 | 03/12/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$ 25.00   SPECIAL ASSESSMENT
          PAID IN FULL

[signature] 3/12/08

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1 of 1