

# U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612*  *FAX:(510) 637-3724*

June 4, 2008

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Francisco A. Ubaldo
      CR07-00530 CW

Dear Magistrate Judge Brazil:

In its sentencing memorandum, the government stated, <u>inter alia</u>, that, although defendant reported to the Probation Officer that he had earned between *$5,000 and $8,000 per month* as a branch manager for the Hilltop Lending Corporation from 2004 to 2007, Officer Presser discovered that defendant had claimed in a signed written document submitted to the VA clinic in April 2007 that he only earned a gross *annual* income of *$3,000* in 2006. Officer Presser further stated that, based upon defendant's claimed income, defendant obtained benefits from the VA Clinic in the form of elimination of fees for medications and co-payments.

The "Health Benefits Renewal Form," signed by defendant, is enclosed. In that document dated January 19, 2006, defendant answered "Not Employed" to the question of his employment status. Defendant further represented that his gross annual income from employment for the income year 2004 was $3,000.

The undersigned Assistant United States Attorney received this document by facsimile this morning. Officer Presser had previously explained that he could not forward a copy of this document to the government earlier because, while the officer could see the signed document on the computer, he was unable to print that document from the computer because of a technical problem. Officer Presser sought technical assistance and was finally successful in printing out the document.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

DEBORAH R. DOUGLAS
Assistant United States Attorney

cc: Jerome Matthews, Esq.

OMB APPROVED NO. 2900-0091 / Estimated Burden Avg. 24 min. / Expiration Date: 6/30/2007

DEPARTMENT OF VETERANS AFFAIRS                HEALTH BENEFITS RENEWAL FORM

SECTION I - GENERAL INFORMATION

Federal law provides criminal penalties, including a fine and/or imprisonment for up to 5 years, for concealing a material fact or making a materially false statement. (Sec 18 U.S.C. 1001)

| | |
|---|---|
| 1. VETERAN'S NAME (Last, First, Middle Name) UBALDO, FRANCISO A | 2. OTHER NAMES USED |

| 3. GENDER MALE | 4. SOCIAL SECURITY NUMBER 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 | 5. DATE OF BIRTH (mm/dd/yyyy) 09/21/1960 | 9. CURRENT MARITAL STATUS DIVORCED |
|---|---|---|---|

| 7. PERMANENT ADDRESS (Street) 4048 LAGUNA AVE | 7A. CITY OAKLAND | 7B. STATE CALIFORNIA | 7C. ZIP 94602 |
|---|---|---|---|

| 7D. COUNTY ALAMEDA (001) | 7E. HOME TELEPHONE NUMBER (Include area code) 510 472-8611 | 7F. E-MAIL ADDRESS |
|---|---|---|

| 7G. CELLULAR TELEPHONE NUMBER (Include area code) | 7H. PAGER NUMBER (Include area code) |
|---|---|

| 8. NAME, ADDRESS AND RELATIONSHIP OF NEXT OF KIN WEIR, JOANN - FRIEND 2107 PINE ST OAKLAND, CALIFORNIA 94607 | 8A. NEXT OF KIN'S HOME TELEPHONE NUMBER (Include area code) 415-776-4300 8B. NEXT OF KIN'S WORK TELEPHONE NUMBER (Include area code) NONE |
|---|---|

| 9. NAME, ADDRESS AND RELATIONSHIP OF EMERGENCY CONTACT UBALDO, HECTOR - BROTHER KATY, TEXAS 94602 | 9A. EMERGENCY CONTACT'S HOME TELEPHONE NUMBER (Include area code) 281 386-8482 9B. EMERGENCY CONTACT'S WORK TELEPHONE NUMBER (Include area code) SAME |
|---|---|

10. INDIVIDUAL TO RECEIVE POSSESSION OF YOUR PERSONAL PROPERTY LEFT ON PREMISES UNDER VA CONTROL AFTER YOUR DEPARTURE OR AT THE TIME OF DEATH. Note: This does not constitute a will or transfer of title. NEXT OF KIN

SECTION II - INSURANCE INFORMATION (Use a separate sheet for additional information)

| 1. ARE YOU COVERED BY HEALTH INSURANCE, INCLUDING COVERAGE THROUGH A SPOUSE OR ANOTHER PERSON? NO | 2. HEALTH INSURANCE COMPANY NAME, ADDRESS AND TELEPHONE NUMBER |
|---|---|
| 3. NAME OF POLICY HOLDER | |

| 4. POLICY NUMBER | 5. GROUP CODE | 6. ARE YOU ELIGIBLE FOR MEDICAID? NO |
|---|---|---|

| 7. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART A? | 7A. EFFECTIVE DATE (mm/dd/yyyy) |
|---|---|
| 8. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART B? | 8A. EFFECTIVE DATE (mm/dd/yyyy) |
| 9. NAME EXACTLY AS IT APPEARS ON YOUR MEDICARE CARD | 10. MEDICARE CLAIM NUMBER |

SECTION III - EMPLOYMENT INFORMATION

| 1. VETERAN'S EMPLOYMENT STATUS NOT EMPLOYED Date of retirement (mm/dd/yyyy) If employed or retired, complete item 1A | 1A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER |
|---|---|
| 2. SPOUSE'S EMPLOYMENT STATUS Date of retirement (mm/dd/yyyy) If employed or retired, complete item 2A | 2A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER |

VA FORM 10-10EZR FEB 2005        PRINTED: Jan 19, 2006@14:35:15     Clerk: TBD/       PAGE 1

| DEPARTMENT OF VETERANS AFFAIRS | VETERAN'S NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER |
|---|---|---|
| | UBALDO, FRANCISO A | 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 |

### SECTION IV - PAPERWORK REDUCTION ACT AND PRIVACY ACT INFORMATION

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of Section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 24 minutes. This includes the time it will take to read instructions, gather the necessary facts and fill out the form.

Privacy Act Information: VA is asking you to provide the information on this form under 38 U.S.C. Sections 1710, 1712, and 1722 in order for VA to determine your eligibility for medical benefits. Information you supply may be verified through a computer-matching program. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notices and in accordance with the VHA Notice of Privacy Practices. You do not have to provide the information to VA, but if you don't, VA may be unable to process your request and serve your medical needs. Failure to furnish the information will not have any affect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law.

### SECTION V - FINANCIAL DISCLOSURE

Failure to disclose your previous year's financial information may affect your eligibility for health care benefits. Your financial information is used by VA to accurately determine if you should be responsible for copayments for office visits, pharmacy, inpatient, nursing home and long term care, and for some veterans, priority for enrollment. You are not required to provide this information. However, completing the financial disclosure section results in a more accurate determination of your eligibility for health care services/benefits.

___ NO, I DO NOT WISH TO PROVIDE INFORMATION IN SECTION VI THROUGH IX. I understand that VA is currently not enrolling veterans who decline to provide financial information unless other special eligibility factors exist. However, if I am already enrolled, I agree to pay the applicable VA copayments. (Sign and date the application in Section XI.)

X YES, I WILL PROVIDE SPECIFIC INCOME AND/OR ASSET INFORMATION TO ESTABLISH MY ELIGIBILITY FOR CARE. (Complete all sections below that apply to you with last calendar year's information. Sign and date the application in Section XI.)

### SECTION VI - DEPENDENT INFORMATION (Use a separate sheet for additional dependents)

| 1. SPOUSE'S NAME (Last, First, Middle Name) | 2. CHILD'S NAME (Last, First, Middle Name) | 2A. CHILD'S RELATIONSHIP TO YOU |
|---|---|---|
| 1A. SPOUSE'S MAIDEN NAME | 2B. CHILD'S SOCIAL SECURITY NUMBER | 2C. DATE CHILD BECAME YOUR DEPENDENT |
| 1B. SPOUSE'S SOCIAL SECURITY NUMBER | 2D. CHILD'S DATE OF BIRTH (mm/dd/yyyy) | |
| 1C. SPOUSE'S DATE OF BIRTH (mm/dd/yyyy) / 1D. DATE OF MARRIAGE (mm/dd/yyyy) | 2E. WAS CHILD PERMANENTLY AND TOTALLY DISABLED BEFORE THE AGE OF 18? | |
| 1E. SPOUSE'S ADDRESS AND TELEPHONE NUMBER (Street, City, State, ZIP) | 2F. IF CHILD IS BETWEEN 18 AND 23 YEARS OF AGE, DID CHILD ATTEND SCHOOL LAST CALENDAR YEAR? | |
| 3. IF YOUR SPOUSE OR DEPENDENT CHILD DID NOT LIVE WITH YOU LAST YEAR, ENTER THE AMOUNT YOU CONTRIBUTED TO THEIR SUPPORT  SPOUSE $    CHILD $ | 3G. EXPENSES PAID BY YOUR DEPENDENT CHILD FOR COLLEGE, VOCATIONAL REHABILITATION OR TRAINING (e.g., tuition, books, materials) $ | |

### SECTION VII - PREVIOUS CALENDAR YEAR GROSS ANNUAL INCOME OF VETERAN, SPOUSE AND DEPENDENT CHILDREN (INCOME YEAR: 2004)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| 1. GROSS ANNUAL INCOME FROM EMPLOYMENT (e.g., wages, bonuses, tips) EXCLUDING INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS | $ 3000.00 | $ | $ |
| 2. NET INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS | $ 0.00 | $ | $ |
| 3. LIST OTHER INCOME AMOUNTS (e.g., Social Security, compensation, pension, interest, dividends). EXCLUDING WELFARE | $ 0.00 | $ | $ |

### SECTION VIII - PREVIOUS CALENDAR YEAR DEDUCTIBLE EXPENSES (INCOME YEAR: 2004)

| | |
|---|---|
| 1. NON-REIMBURSED MEDICAL EXPENSES PAID BY YOU OR YOUR SPOUSE (e.g., payments for doctors, dentists, medications, Medicare, health insurance, hospital and nursing home) | $ 86.00 |
| 2. AMOUNT YOU PAID LAST CALENDAR YEAR FOR FUNERAL AND BURIAL EXPENSES FOR YOUR DECEASED SPOUSE OR DEPENDENT CHILD (Also enter spouse or child's information in Section V.) | $ |
| 3. AMOUNT YOU PAID LAST CALENDAR YEAR FOR YOUR COLLEGE OR VOCATIONAL EDUCATIONAL EXPENSES (e.g., tuition, books, fees, materials). DO NOT LIST YOUR DEPENDENTS' EDUCATIONAL EXPENSES | $ 0.00 |

VA FORM 10-10EZR FEB 2005        PRINTED: Jan 19, 2006 14:35:15        Clerk: TSS/        PAGE 2

| DEPARTMENT OF VETERANS AFFAIRS | VETERAN'S NAME (Last, First, Middle) <br> OBANDO, FRANCISO A | | SOCIAL SECURITY NUMBER <br> 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 |
|---|---|---|---|

SECTION IX - PREVIOUS CALENDAR YEAR NET WORTH (INCOME YEAR: 2004) (Use a separate sheet for additional dependents)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| 1. CASH, AMOUNT IN BANK ACCOUNTS (e.g., checking and savings accounts, certificates of deposit, individual retirement accounts, stocks and bonds) | $ 0.00 | $ | |
| 2. MARKET VALUE OF LAND AND BUILDINGS MINUS MORTGAGES AND LIENS (e.g., second homes and non-income-producing property. Do not include your primary home.) | $ 0.00 | $ | |
| 3. VALUE OF OTHER PROPERTY OR ASSETS (e.g., art, rare coins, collectibles) MINUS THE AMOUNT YOU OWE ON THESE ITEMS. INCLUDE VALUE OF FARM, RANCH, OR BUSINESS ASSETS. Exclude household effects and family vehicles. | $ 0.00 | $ | |

SECTION X - CONSENT TO COPAYMENTS

If you are a 0% service-connected veteran and do not receive VA monetary benefits or a nonservice-connected veteran (and you are not an Ex-POW, Purple Heart Recipient, WWI veteran or VA pensioner) and your household income (or combined income and net worth) exceeds the established threshold, this application will be considered for enrollment, but only if you agree to pay VA copayments for treatment of your nonservice-connected conditions. If you are such a veteran, by signing this application you are agreeing to pay the applicable VA copayment as required by law.

SECTION XI - ASSIGNMENT OF BENEFITS

I understand that pursuant to 38 U.S.C. Section 1729, VA is authorized to recover or collect from my health plan (HP) for the reasonable charges of nonservice-connected VA medical care or services furnished or provided to me. I hereby authorize payment directly to VA from any HP under which I am covered (including coverage provided under my spouse's HP) that is responsible for payment of the charges for my medical care, including benefits otherwise payable to me or my spouse.

ALL APPLICANTS MUST SIGN AND DATE THIS FORM. REFER TO INSTRUCTIONS ON WHO CAN SIGN ON BEHALF OF THE VETERAN.

SIGNATURE OF APPLICANT: [signature]    DATE (mm/dd/yyyy): 1/19/06

VA FORM 10-10EZR FEB 2005    PRINTED: Jan 19, 2006014:05:15    Clerk: TEB/    PAGE 3